UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



SEALED
Unsealed 7/1/08

FILED
'08 JUN 24 P3:13

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARIO RANGEL,
STEPHEN CANNADAY,
SHAWN TERRY,
WILLIE LEWIS,
SIDNEY TERRY,
JOHN MAYS,
ROMELL QUIN,
JERROD HORTON,
KENSHOND LOVE,
TERRELL BELL,
PHILANDER BARFIELD,
SYLVIA GATES,
LAMONT KYLES,
MARQUIS MARKS,
PAUL MCEWEN,
JOHN BENNETT,
NICHOLAS FREEMAN,
KEITH CANNADAY, and
LANCE BARLOW

        Defendants.

Case No.

08 CR-172

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

1. Beginning in 2004 and continuing until on or about June 18, 2008, in the Eastern District of Wisconsin and elsewhere,

**MARIO RANGEL,**
**STEPHEN CANNADAY,**
**SHAWN TERRY,**
**WILLIE LEWIS,**
**SIDNEY TERRY,**
**JOHN MAYS,**
**ROMELL QUIN,**
**JERROD HORTON,**
**TERRELL BELL,**
**SYLVIA GATES,**
**LAMONT KYLES,**
**MARQUIS MARKS,**
**PAUL MCEWEN,**
**JOHN BENNETT,**
**NICHOLAS FREEMAN, and**
**LANCE BARLOW**

knowingly and intentionally conspired with each other and with persons known and unknown to the grand jury to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. The offense involved 5 kilograms or more of a mixture and substance containing cocaine and 50 grams or more of a mixture and substance containing cocaine base, in the form of "crack" cocaine, both of which are Schedule II controlled substances, and a mixture and substance containing marijuana, a Schedule I controlled substance.

3. The primary purpose of the conspiracy was to accumulate money, wealth, and other assets, through the transportation, distribution, and sale of powder cocaine, crack cocaine, and

2

marijuana.

4. As part of the conspiracy and in furtherance thereof:

a) Certain conspirators provided large amounts of money to obtain large quantities of cocaine and marijuana from other conspirators inside and outside of the Eastern District of Wisconsin, including in the Northern District of Illinois and elsewhere;

b) Once the cocaine and marijuana were obtained, the cocaine was distributed among members of the conspiracy for wholesale and retail distribution within the Eastern District of Wisconsin. The majority of the cocaine was converted into cocaine base, in the form of "crack" cocaine by members of the conspiracy;

c) The conspiracy used various residences to store, package, prepare, and distribute the cocaine, crack cocaine, and marijuana;

d) Certain members of the conspiracy possessed firearms to protect the drugs and proceeds of the conspiracy; and

e) Certain members of the conspiracy used acts of violence and threats to advance and protect the conspiracy, and in some cases inflicted serious bodily injuries upon their victims.

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 2004 through June 18, 2008, , in the Eastern District of Wisconsin,

**SHAWN TERRY**

did unlawfully and knowingly use and carry during and in relation to, and possess in furtherance of,

a drug trafficking offense, for which he may be prosccuted in a court of the United States, that is

Count One of this Indictment which is incorporated herein, a firearm.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 30, 2007, at 2818 N. 37th Street, Milwaukee, Wisconsin, in the Eastern District of Wisconsin,

**KENSHOND LOVE and
JERROD HORTON**

knowingly and intentionally distributed 5 grams or more of a mixture and substance containing cocaine base, in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); and Title 18, United States Code, Section 2.

5

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 18, 2007, at 2841 N. 19th Street, Milwaukee, Wisconsin, in the Eastern District of Wisconsin,

## SHAWN TERRY

knowingly and intentionally distributed 50 grams or more of a mixture and substance containing cocaine base, in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

6

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 19, 2007, at 2629 N. 19th Street, Milwaukee, Wisconsin, in the Eastern District of Wisconsin,

### PHILANDER BARFIELD

knowingly and intentionally distributed 50 grams or more of a mixture and substance containing cocaine base, in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 29, 2008, at 2841 N. 19th Street, Milwaukee, Wisconsin, in the Eastern District of Wisconsin,

## SHAWN TERRY

knowingly and intentionally distributed 50 grams or more of a mixture and substance containing cocaine base, in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

8

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 4, 2008, at 3615 W. Center Street, Milwaukee, Wisconsin, in the Eastern District of Wisconsin,

**SHAWN TERRY**

knowingly and intentionally distributed 50 grams or more of a mixture and substance containing cocaine base, in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 19, 2008, at 3161 N. 35th Street, Milwaukee, Wisconsin, in the Eastern District of Wisconsin,

**TERRELL BELL**

knowingly and intentionally distributed 50 grams or more of a mixture and substance containing cocaine base, in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 30, 2008, in the Eastern District of Wisconsin,

**PAUL MCEWEN and
JOHN BENNETT**

knowingly and intentionally distributed a mixture and substance containing cocaine base, in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

11

## COUNT TEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 14, 2008, in the Eastern District of Wisconsin,

**LAMONT KYLES**

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

12

## COUNT ELEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 11, 2008, at 3133 W. Lisbon Avenue, Milwaukee, Wisconsin, in the Eastern District of Wisconsin,

**MARIO RANGEL and
STEPHEN CANNADAY**

knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWELVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 13, 2008, in Kenosha County, Wisconsin, in the Eastern District of Wisconsin,

**MARIO RANGEL and
LANCE BARLOW**

knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

14

## COUNT THIRTEEN

THE GRAND JURY CHARGES THAT:

1.  On or about June 13, 2008, at 3231 S. 14th Street, Milwaukee, Wisconsin, in the Eastern District of Wisconsin,

**MARIO RANGEL,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.  The firearm is more fully described as a black Talon Industries Inc., .380 caliber ACP semi-automatic pistol, Model T100, Serial # 002458.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOURTEEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 18, 2008, at 3133 W. Lisbon Avenue, Milwaukee, Wisconsin, in the Eastern District of Wisconsin,

**STEPHEN CANNADAY**

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing cocaine base, in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIFTEEN

THE GRAND JURY CHARGES THAT:

1.  On or about June 18, 2008, at 3135 W. Lisbon Avenue, Milwaukee, Wisconsin, in the Eastern District of Wisconsin,

**KEITH CANNADAY,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.  The firearms are more fully described as:

    a.  A black Colt Python .357 caliber revolver, with a rubber handle and Serial # 65097; and

    b.  A brown Davis Industries P32, .32 caliber semi-automatic pistol with magazine and Serial # P106537.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

1. All property of the defendants constituting or derived from any proceeds the defendants obtained, directly or indirectly, as a result of the violations set forth in Counts One and Three through Thirteen Count One through Twenty, and all property of the defendants used, or intended to be used, in any manner or part, to commit or facilitate the commission of the violations, is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853. The properties subject to forfeiture include the following:

    A. A personal money judgment against each defendant charged in Counts One and Three through Thirteen in the amount of $1,000,000, an amount representing the unseized proceeds of the violations charged in these counts, and funds used to facilitate the violations;

    B. 2841 N. 19th Street, Milwaukee, WI (owned by Stephen Cannaday);

    C. 3615 W. Center Street, Milwaukee, WI (owned by Stephen Cannaday);

    D. 3133/3135 W. Lisbon Avenue, Milwaukee, WI (owned by Stephen Cannaday);

    E. 5229/31 N. 36th Street, Milwaukee, WI (owned by Stephen Cannaday);

    F. 1951/1951A N. 33rd Street, Milwaukee, WI (owned by Stephen Cannaday);

    G. 4804 61st Street, Kenosha, WI, (owned by Stephen Cannaday);

    H. 5808 W. Roosevelt Ave., Milwaukee, WI (owned by Shawn/Tiffany Terry);

    I. Approximately $65,562.00 in U.S. Currency seized from 3133 W. Lisbon Avenue, Milwaukee, WI, on June 18, 2008;

    J. Approximately $121,054.76 seized from three separate accounts (money market account # 2177252067, business account # 2173211281, and business account # 2173193885), all of which were in the nameStephen S. Cannaday, at Associated Bank located at 401 W. Kilbourn Street, Milwaukee, WI, on June 20, 2008;

    K. Approximately $84,908.09 seized from business account number

18

2173211281 in the name of Stephen S. Cannaday dba C & Sons Clothing & Food Store, 3133 W. Lisbon Avenue, Milwaukee, WI, at Landmark Credit Union located at 4501 W. National Avenue, West Milwaukee, WI, on June 20, 2008;

L. Approximately $7,622.33 seized from a State Farm Mutual Fund account, # 70498757, in the name of Stephen S. Cannaday, 3133 W. Lisbon Avenue, Milwaukee, WI, on June 24, 2008;

M. Approximately $16,155.78 seized from a State Farm Mutual Fund account, # 70498759, in the name of Stephen S. Cannaday, 3133 W. Lisbon Avenue, Milwaukee, WI, on June 24, 2008:

N. a green, 1965 Cadillac, VIN K5150617, WI collector's plate 125291A, registered to Stephen Cannaday and seized on June 18, 2008;

O. a blue, 1999 Dodge Ram Quad pick-up, VIN 3B7HG13Y0XG117155, WI EH9484, registered to Stephen Cannaday and seized on June 18, 2008;

P. a red, 2002 Dodge Ram Quad pick-up, VIN 1D7HU18Z52J146977, WI DZ1056, registered to Stephen Cannaday and seized on June 18, 2008;

Q. a white, 2002 Cadillac Escalade truck, VIN 3GYEK63NX2G249442, WI EJ8911, registered to Stephen Cannaday and seized on June 18, 2008;

R. A black 2008 BMW 750LI, VIN WBAHN83506DT30181, GA BAF7713 registered to Ernest Earvin, III, and seized from Shawn Terry on June 18, 2008;

S. A green 1968 Pontiac Le Mans, VIN 23778Z108835, WI C9938C, registered to Tawyana Duncan, and seized from Shawn Terry on June 18, 2008;

T. Approximately $3,992.00 in U.S. Currency seized from Shawn Terry on June 18, 2008;

U. Diamond Cross Pendant appraised at $6,960.00 and seized from Shawn Terry on June 18, 2008;

V. Diamond Link necklace appraised at $19,100.00 and seized from Shawn Terry on June 18, 2008;

W. Pair of Diamond stud earrings appraised at $12,000.00 and seized from Shawn Terry on June 18, 2008;

19

X. Diamond Link bracelet appraised at $4,900.00 and seized from Shawn Terry on June 18, 2008;

Y. A black Colt Python .357 caliber revolver, with a rubber handle and Serial # 65097;

Z. A brown Davis Industries P32, .32 caliber semi-automatic pistol with magazine and Serial # P106537; and

AA. A black Talon Industries Inc., .380 caliber ACP semi-automatic pistol, Model T100, Serial # 002458, seized from Mario Rangel's house at 3231 S. 14th Street, Milwaukee, WI, on June 13, 2008.

2. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

Date: 6-24-08

_____
STEVEN M. BISKUPIC
United States Attorney